UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:19-cv-00065-AC<br><br><br><br>ORDER |

On January 9, 2019, plaintiff, who is represented by counsel, filed a deficient application to proceed in forma pauperis ("IFP"). ECF No. 2. On January 16, 2019, the court gave plaintiff 30 days to file an amended IFP application. ECF No. 3. Though plaintiff was cautioned that failure to do so would result in a recommendation of dismissal for failure to prosecute, he did not timely file an amended IFP application. Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to file an amended IFP application should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an amended IFP application within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of his case pursuant to Local Civil Rule 110.

DATED: February 19, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE