UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>COMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:19-cv-00065-AC<br><br><br><br>ORDER |

On January 9, 2019, plaintiff, who is represented by counsel, filed a deficient application to proceed in forma pauperis ("IFP"). ECF No. 2. On January 16, 2019, the court gave plaintiff 30 days to file an amended IFP application. ECF No. 3. Though plaintiff was cautioned that failure to do so would result in a recommendation of dismissal for failure to prosecute, he did not timely file an amended IFP application.

On February 20, 2019, the court issued an order to show cause ("OSC") why this case should not be dismissed for failure to prosecute in light of plaintiff's failure to submit his IFP application on the correct prisoner IFP form. ECF No. 4. Plaintiff's counsel responded by re-filing the exact same motion to proceed IFP that the court initially found deficient. ECF No. 5. Plaintiff's filing does not discharge the OSC because it is not an amended IFP application.

////

1

Plaintiff must file the appropriately amended IFP application no later than March 6, 2019, or sanctions will issue.

SO ORDERED.

DATED: February 22, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE