UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:19-cv-00065-AC<br><br>ORDER TO SHOW CAUSE |

On January 9, 2019, plaintiff, who is represented by counsel, filed a deficient application to proceed in forma pauperis ("IFP") that was not on the form to be used by incarcerated plaintiffs. ECF No. 2. On January 16, 2019, the court gave plaintiff 30 days to file an amended IFP application. ECF No. 3. Plaintiff was cautioned that failure to timely file an amended application would result in a recommendation of dismissal for failure to prosecute. Id. Plaintiff did not timely file an amended IFP application. On February 20, 2019, the court ordered plaintiff to show cause why the failure to file an amended IFP application should not result in dismissal for failure to prosecute. The same day, plaintiff filed an IFP application that was identical to the first-filed, deficient petition. ECF No. 5.

On February 22, 2019, the court issued an order stating that the second IFP filing was still not on the proper form, and that the order to show cause was not discharged. ECF No. 6. On

March 3, 2019, plaintiff filed another amended IFP application, which yet again includes the original, deficient IFP application. ECF No. 7. This time plaintiff has attached two additional pages, which appear to be unrelated to this case. Id. at 3 (promissory note for loan made by Andrew Ragnes to Jan Linda Van Zutphen); at 4 (receipt for check returned by Andy Ragnes to Social Security Administration).

Plaintiff's counsel has twice re-submitted the same form that the court has rejected as insufficient. Counsel has twice been instructed to submit the form intended for use by incarcerated parties, which is readily available on the court's website,[1] but counsel has failed to comply with this unambiguous order. The prisoner form is required because it includes the prisoner trust account certification that is necessary to a determination of indigence. That this form is designated a "Prisoner Civil Rights IFP Application" does not make it inapplicable; plaintiff's incarceration makes it the form which calls for all relevant information.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall show cause in writing, no later than March 19, 2019, why Plaintiff's counsel Robert Weems should not be ordered to personally pay the filing fee in this case as a sanction for his failure to follow court orders. Submission of a completed Prisoner IFP Application, with trust account certification, by the deadline will result in this Order to Show Cause being discharged.

DATED: March 5, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] http://www.caed.uscourts.gov/CAEDnew/index.cfm/forms/civil/ ("Prisoner Civil Rights IFP Application").