UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MacDOWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | No. 2:19-cv-0065 AC<br><br><br>ORDER |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff previously filed three defective motions, ultimately resulting in the issuance of an order to show cause. See ECF No. 8. Plaintiff responded to the order to show cause, filed a proper motion (ECF No. 10), and has submitted the appropriate affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis at ECF No. 10 will be granted, the outstanding motion at ECF No. 7 will be denied as moot, and the order to show cause will be discharged. 28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed in forma pauperis (ECF No. 10), is GRANTED;

2. Plaintiff's motion at ECF No. 7 is DENIED as MOOT;

1

3. The order to show cause (ECF No. 8) is DISCHARGED;

4. The Clerk of the Court is directed to serve the undersigned's scheduling order in social security cases.

5. The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

6. Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and file a statement with the court that said documents have been submitted to the United States Marshal.

7. The United States Marshal is directed to serve all process without prepayment of costs not later than sixty days from the date of this order. Service of process shall be completed by delivering a copy of the summons and complaint to the United States Attorney for the Eastern District of California, and by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. See Fed. R. Civ. P. 4(i)(1)(A) & (B). The Marshal shall also send a copy of the summons and complaint by registered or certified mail to the Commissioner of Social Security, c/o Office of General Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA 94105-1545. See Fed. R. Civ. P. 4(i)(2).

IT IS SO ORDERED.

DATED: March 19, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE