Robert C Weems (CA SBN 148156)
WEEMS LAW OFFICES
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: 415.881.7653
Fx: 866.610.1430
   *rcweems@weemslawoffices.com*
Attorneys for Plaintiff,
IAN CLAIR MACDOWELL

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN CLAIR MACDOWELL,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 2:19-00065-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE SCHEDULING ORDER EXTENDING TIME FILED BY IAN CLAIR MACDOWELL |

 The parties hereby stipulate and agree this date of March 30, 2020, subject to the Court's approval and order, that there is good cause to extend time and to modify the scheduling order, ECF No. 13, and that Plaintiff's time to move for summary judgment and/or remand be extended from **March 26, 2020** to **April 25, 2020** with all other deadlines likewise extended. This is Plaintiff's first extension of time.

 The good cause supporting this stipulation includes our evaluation that current motion status cannot with diligence meet professional standards given the impact of the corona virus impact on workload.

/ / /

/ / /

| | | |
|---|---|---|
| WEEMS LAW OFFICES | | McGREGOR W. SCOTT, U.S. Attorney<br>DEBORAH LEE STACHEL, Regional Chief<br>　Counsel, Region IX, Soc. Sec. Admin.<br>ASIM MODI, Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems*<br>Robert C. Weems,<br>Attorney for Plaintiff | By: | */s/ ASIM MODI*<br>Asim Modi, Sp. Asst. U.S. Attorney, Attorneys<br>for Defendant |

**SO ORDERED:**

Date: March 30, 2020

*[signature: Allison Claire]*

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE