McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    Social Security Administration
    200 West Adams Street, 30th Floor
    Chicago, Illinois 60606
    Telephone: (877) 800-7578 x 19117
    Email: Asim.Modi@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| IAN CLAIR MACDOWELL, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:19-cv-00065-AC <br><br> **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

Upon remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate the medical opinions, prior administrative medical findings, evidence from nonmedical sources, and decisions by other governmental agencies consistent with the requirements of 20 C.F.R. § 404.1504 and § 404.1520c. As necessary, the ALJ will reassess Plaintiff's residual functional

capacity. If necessary, the ALJ will obtain additional evidence from a medical expert to clarify the nature, severity, and effects of Plaintiff's impairments; additionally, if warranted, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform other work in the national economy. The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

Respectfully submitted,

Date: <u>May 20, 2020</u>         WEEMS LAW OFFICES

By:   <u>/s/ Asim H. Modi for Robert C. Weems</u>*
      ROBERT C. WEEMS
      *Authorized by email on May 20, 2020*
      Attorney for Plaintiff

Date: <u>May 20, 2020</u>         McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

By:   <u>/s/ Asim H. Modi</u>
      ASIM H. MODI
      Special Assistant United States Attorney
      Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED

DATED: May 20, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE